UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY and D.A.N. JOINT VENTURE, LTD.<br>    Plaintiffs, | :<br>:<br>: |
| VS. | : Civil No. 3:01CV1909 (AVC) |
| CHARLES A. FLANAGAN, ET AL.,<br>    Defendants. | :<br>:<br>: |

FILED 2005 FEB -7 P 2:54

### ORDER CONCERNING SUMMARY JUDGMENT BRIEFING

It is hereby ordered that the plaintiffs, Cadle Company and D.A.N. Joint Venture, Ltd., shall file new memoranda in opposition to the defendants' several motions for summary judgment. The plaintiffs shall file separate memoranda directly responsive to each individual summary judgment motion incorporating new citations as required by a parallel order issued this day granting the defendants' motion to strike the plaintiffs' Local Rule 56(a)(2) statement. The memoranda shall be due on or before February 15, 2005. The defendants shall have to and including February 23, 2005 to file reply briefs.

It is so ordered this 7th day of February, 2005 at Hartford, Connecticut.

Alfred W. Covello
United States District Judge